**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-05-00961-001-TUC-DCB (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Alfred Arvizu, | |
| Defendant. | |

On November 6, 2020, the Court denied the Defendant's Motion for Early Termination of Supervised Release, without prejudice to it being reurged after he has served at least half of it. (Order (Doc. 888)). On January 4, 2021, he reurged the motion. The Court denied it by a Minute Entry (Doc. 892) without explanation. The Defendant seeks reconsideration. He asks the Court to explain why it refused to terminate his supervised release early but granted early termination of supervised release for codefendant Pedro Leos. The record speaks for itself.

Defendant Arvizu plead guilty to Counts 3 and 11 of the fourth superseding indictment and a forfeiture allegation. The Court sentenced him, pursuant to a plea agreement, stipulated sentence of 10 years (120 months) imprisonment as to Count 3, with an additional five-year term of imprisonment (60 months) as to Count 11, to run consecutive to Count 3. (Judgment (Doc. 481)). As part of the sentence, the court included a $20,000.00 fine, a $200.00 special assessment, and a five-year term of supervised release. The remaining counts of the fourth superseding indictment were dismissed. *Id.* (Dkt. 542.)

Defendant Leos was sentenced to 120 months in prison to be followed by a four-year term of supervised release and no fine. (Judgment (Doc. 706)).

The difference between the sentences derived in part because Leos was charged with two drug trafficking offenses, and Arvizu was charged with drug trafficking and carrying a firearm in the course of drug trafficking. Arvizu was also a leader in the drug conspiracy. The Court granted early termination for Leos because he had completed approximately 80% of his supervised release term. Arvizu has just recently completed half of the term of supervised release and has paid the bare minimum towards his fine. Granting early termination of supervised release for Arvizu would not afford adequate deterrence to criminal conduct or provide just punishment for the offense when compared to the sentence imposed and served by Leos.

**Accordingly,**

**IT IS ORDERED** that the Motion for Reconsideration (Doc. 895) is DENIED.

Dated this 26th day of February, 2021.

David C. Bury
United States District Judge