**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Alfred Arvizu,<br><br>    Defendant. | No. CR-05-00961-001-TUC-DCB (LAB)<br><br>**ORDER** |

  The Third Motion for Early Termination of Probation (Doc. 897) is denied for the reasons stated by this Court in its Order issued November 6, 2020 (Doc. 888) and Order denying reconsideration (Doc. 896). The Petitioner has now completed a little over half of the five year supervised release sentence, and he served his sentence of incarceration, but the third prong of the punishment imposed by this Court, the $20,000 fine, remains in large part unpaid.[1] To the extent the Defendant asserts supervised release prevents him from pursuing work opportunities out of state, he should contact his probation officer because there are procedures in place to allow for jurisdictional transfer of supervised release for this reason.

  **Accordingly,**

  **IT IS ORDERED** that the Third Motion for Early Termination of Probation (Doc. 897) is DENIED.

---

[1] The Government reports the fine balance is $14,816.71. (Response (Doc. 898) at 3.) When the Court last reviewed the issue of early termination, his payment status was $15,316.71. (Order (Doc. 888) at 3.) It appears, he continues to make $100, instead of $300, payments per month.

**IT IS FURTHER ORDERED** that any further requests for early termination shall be accompanied by a recommendation from his probation officer.

Dated this 11th day of June, 2021.

David C. Bury
United States District Judge